O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
<u>CIVIL MINUTES - GENERAL</u>

(✓)JS-6 (CLOSE)

Case No.     ED CV 08-00503-SGL(JCRx)                                    Date:   September 15, 2008

Title:     RIVERSIDE COUNTY DEPARTMENT OF MENTAL HEALTH -v- ANTHONY SULLIVAN and MONICA VALENTINE

**RELATED ACTIONS**
EDCV 08-00511-SGL-JCR
Monica Valentine v. Riverside Unified School District et al

EDCV 08-00512-SGL-JCR-✓
Riverside Unified School District v. Anthony Sullivan et al
================================================================
PRESIDING:     HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                                    Theresa Lanza
Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Geoffrey R. Winterowd                                  Heather McGunigle
                                                                      Shawna L. Parks


PROCEEDINGS:     (1)   ORDER CONSOLIDATING CASES
                             (2)   ORDER SETTING BRIEFING SCHEDULE AND HEARING

   The Court ORDERS the within case under EDCV 08-00503, is consolidated with the above-referenced higher number cases under EDCV 08-00511-SGL AND EDCV 08-00512-SGL;

   Further, the higher numbered cases are administratively CLOSED, **any future filings with respect to these higher numbered cases shall be made under the lower number case EDCV 08-00503-SGL, and shall include all three case captions and identify which case such filings pertains.**

   A briefing schedule on the administrative record is ordered as follows:

The administrative record shall be filed by October 15, 2008;

Opening briefs are due filed by October 29, 2008;

Reply briefs are due filed by November 12, 2008;

A hearing on the administrative record and briefing of counsel is set for November 24, 2008, at 1:00 p.m.

IT IS SO ORDERED.